(88 South. 922)

TEDESCKI v. ROCCO et al. (6 Div. 237.) (Supreme Court of Alabama. April 21, 1921.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge.

PER CURIAM. Affirmed on certificate.

(87 South. 925)

TIPPER v. CORONA COAL CO. (6 Div. 254.) (Supreme Court of Alabama. Jan. 13, 1921.) Appeal from Circuit Court, Walker County; J. J. Curtis, Judge. W. C. Davis, of Jasper, for appellant. A. F. Fite, of Jasper, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(88 South. 922)

TUSCALOOSA MOTOR CO. et al. v. DAVIS. (6 Div. 420.) (Supreme Court of Alabama. April 21, 1921.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Edward De Graffenried and Foster, Verner & Rice, all of Tuscaloosa, for appellee.

PER CURIAM. Affirmed on certificate on motion of appellee.

(87 South. 925)

VAUGHN v. VAUGHN. (6 Div. 150.) (Supreme Court of Alabama. Nov. 24, 1920.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge. Ellis & Matthews, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(87 South. 925)

WILLIAMS v. RODEN COAL CO. (2 Div. 750.) (Supreme Court of Alabama. Feb. 2, 1921.) Appeal from Circuit Court, Bibb County; B. M. Miller, Judge. Frank S. White & Sons, of Birmingham, for appellant. Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Affirmed on certificate.

(87 South. 926)

WILLIAMSON v. RODEN COAL CO. (2 Div. 747.) (Supreme Court of Alabama. Feb. 8, 1921.) Appeal from Circuit Court, Bibb County; B. M. Miller, Judge. Frank S. White & Sons, of Birmingham, for appellant. Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Affirmed on certificate.

(87 South. 926)

WOODWARD IRON CO. v. SILVESTER. (6 Div. 152.) (Supreme Court of Alabama. Jan. 13, 1921.) Appeal from Circuit Court, Jefferson County; Horace C. Wilkerson, Judge. V. J. Nesbit, of Birmingham, for appellant. Prosch & Prosch, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.